# **<u>Exhibit A</u>**

# RELEASE AND SETTLEMENT AGREEMENT

**THIS RELEASE AND SETTLEMENT AGREEMENT** (the "Agreement") is made this _____ day of October, 2013, by and between Marc H. Baer (the "Trustee"), Chapter 7 Trustee for the bankruptcy estate of *In Re: Charles E. Moore and Felicia W. Moore*, pending in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court"), Case No. 13-12841-NVA (the "Bankruptcy Case"); and the following persons and entities:

1. Robert S. Svehlak, Neil D. Roseman, Beverly J. Svehlak, Imagine Capital, Inc., Leadprobe, Inc., and Boomerang Properties, LLC,   (collectively, the "IC Defendants");

2. King Title Co., Inc. and David Pierce (collectively the "KT Defendants");

3. Ronald B. Katz and Ronald B. Katz, P.A. (collectively, the "Katz Defendants");

4. James W. Holderness; Holderness, Menchel & Alter, LLC; Holderness & Associates, LLC (collectively, the "Holderness Defendants");

5. Robert C. Brendel; Robert C. Brendel, P.A.; Stonegate Title Co.; and Cynthia K. Brendel (collectively, the "Stonegate Defendants");

6. Cardinal Financial Company Limited Partnership (hereafter "Cardinal");

7. Granite Finance, LLC, Granite Partners, LLC, Granite Development, LLC, and Michael Walsh (collectively the "Granite Defendants");

8. Wells Fargo Bank, N.A. (hereafter "Wells Fargo");

9. Kathryn M. Jewell and E&W Realty, LLC (collectively the "Jewell Defendants"); and

10. Bowie & Jensen, LLC (hereafter "B&J").

**WHEREAS**, the Parties[1] executing this Agreement have been engaged in disputes (the "Disputes") arising out of certain commercial loan transactions and other dealings among and between Charles E. Moore and Felicia W. Moore (together, the "Moores" or the "Debtors") and various other persons and entities including, but not limited to, the persons and entities identified in paragraphs 1-10 above (the "Transactions"); and

**WHEREAS**, as a consequence of the Disputes, the Moores filed a Complaint (along with any amendments thereto, the "Complaint") against several persons and entities including, but not limited to, the persons and entities identified in paragraphs 1-9 above, on or about May 30, 2012, in the Circuit Court of

---

[1] Any reference herein to the "Parties" includes the Trustee and all persons and entities identified in paragraphs 1-10 above.

Maryland for Baltimore City (the "Circuit Court"), styled *Moore v. Svehlak, et al.*, Case No. 24-C-12-003357 (hereinafter referred to as the "Action");[2] and

WHEREAS, also as a consequence of the Disputes, Imagine Capital, Inc. filed suit against the Moores in the Circuit Court of Maryland for Baltimore City in the case, styled *Imagine Capital v. Moore, et al.*, Case No. 24-C-09-003634 (the "Confessed Judgment Case"). The Confessed Judgment Case is currently on appeal to the Maryland Court of Special Appeals (the "Court of Special Appeals") in the case styled *Imagine Capital, Inc. v. Charles E. Moore, et ux.*, September Term 2011, No. 02445 (hereinafter referred to as the "Appeal"); and

WHEREAS, on or about February 20, 2013, the Moores filed the Bankruptcy Case; and

WHEREAS, upon the filing of the Bankruptcy Case, the claims asserted by the Moores in the Action became property of the Bankruptcy Estate of Charles E. Moore and Felicia W. Moore (the "Bankruptcy Estate"), within the control of the Trustee, and, consistent therewith, the Trustee has been substituted as the proper Plaintiff in the Action; and

WHEREAS, the Parties executing this Agreement desire to fully and finally settle, discharge and terminate all claims and controversies, whether known or unknown, between them which arise out of or relate to the Action, the Confessed Judgment Case and the Appeal (collectively, the "Asserted Claims"), upon the terms and conditions set forth herein; and

WHEREAS, the Parties expressly acknowledge that the Asserted Claims do not include any potential claims by the Debtors as a relating party in any action brought by, or on behalf of, any agency of the United States government, which claims are hereby expressly excluded from the definition of Asserted Claims.

WITNESSETH, in consideration of the foregoing recitals, as well as other good and valuable consideration, the receipt of which is hereby acknowledged, it is

AGREED:

1. **Incorporation of Recitals**. The recitals to this Release and Settlement Agreement are incorporated by reference herein.

2. **Settlement of All Claims**. The following Parties agree that the following sums and additional considerations as noted shall be paid to the Trustee within fifteen (15) days of the approval of this Agreement by the Bankruptcy Court:

---

[2] Any reference herein to the "Defendants" includes the persons and entities identified in 1-9 above. While B&J is not a named as a defendant in the Action, B&J is joined as a party to this Agreement because B&J and at least one principal of B&J have been identified as possible additional defendants in the Action.

(a)     The IC Defendants shall collectively pay Sixty Thousand Dollars ($60,000).  In addition, Imagine Capital, Inc. shall release any Deed of Trust on properties owned by the Moores, including the filing of the applicable Deed of Trust Lien Releases.

(b)     The KT Defendants shall collectively pay Twelve Thousand Five Hundred Dollars ($12,500);

(c)     The Holderness Defendants, Katz Defendants and the Stonegate Defendants shall collectively pay Fifty Five Thousand Dollars ($55,000);

(d)     Defendant Cardinal shall pay Five Thousand Dollars ($5,000);

(e)     Granite Defendants shall pay One Thousand Dollars ($1,000);

(f)     Defendant Wells Fargo shall pay Three Thousand Dollars ($3,000); and

(g)     The Jewell Defendants shall collectively pay One Thousand Dollars ($1,000).

3.     **No Admission**.  The Defendants and B&J deny liability to the Trustee, the Moores and each other, and state that they have made no agreement to do or omit to do any act or thing not set forth herein.  The Defendants and B&J further state that this Agreement is entered into as a compromise in order to avoid expense and to terminate all controversies and/or claims for injuries or damages of whatsoever nature, known or unknown, that in any way arise from or relate to the Asserted Claims.

4.     **Releases; Waivers of Claims; Covenant Not to Sue**.

(a)     By the Trustee.  The Trustee, in his authorized capacity as the Trustee in the Bankruptcy Case, hereby releases, acquits and forever discharges each of the Defendants, B&J, and each of their respective agents, assigns, principals, heirs, executors, administrators, personal representatives, predecessors, successors, parents, subsidiaries, affiliates, attorneys, officers, directors, stockholders, privies and insurers (hereinafter, collectively, the "Defendants' Released Parties"), from any and all known and unknown claims and demands of whatsoever nature, including any claims or demands for damages, economic losses, punitive damages, costs, loss of services, attorney's fees, costs of litigation and/or injury to reputation having already resulted or to result at any time in the future, arising out of or related to the Asserted Claims.

(b)     By the Defendants.  The Defendants hereby release, acquit and forever discharge the Trustee, the bankruptcy estate of the Moores, and each of their respective agents, assigns, principals, heirs, executors, administrators, personal representatives, predecessors, successors, parents, subsidiaries, affiliates, attorneys, officers, directors, stockholders, privies and insurers (hereinafter, collectively, the "Trustee's Released Parties"), from any and all known and unknown claims and demands of whatsoever nature,

- 3 -

including any claims or demands for damages, economic losses, punitive damages, costs, loss of services, attorney's fees, costs of litigation and/or injury to reputation having already resulted or to result at any time in the future, arising out of or related to the Asserted Claims.

(c)   Claims Waiver.  The Defendants and B&J hereby waive all claims against the Moores' Bankruptcy Estate, including any and all claims filed in the Bankruptcy Case (whether filed before or after the execution of this Agreement) and -any claim under 11 U.S.C. § 502(h) for payment of settlement amounts pursuant to this Agreement.

(d)   Covenant Not To Sue.  The Trustee hereby covenants and agrees not to bring suit or otherwise file or pursue a claim against any person or entity released by the Trustee pursuant to this Agreement, if such suit or claim arises from or relates to the Asserted Claims.

(e)   Court of Special Appeals Appeal,   The IC Defendants and the Trustee expressly acknowledge that the IC Defendants are awaiting the disposition of the Appeal taken by Imagine Capital to the Court of Special Appeals, Appeal No. 02445 (Sept. Term 2011).  For reasons more fully set forth in the Motion to Lift Stay to be filed by Imagine Capital, the IC Defendants desire a final disposition and mandate by the Court of Special Appeals to reverse the basis for the finding of the Circuit Court giving rise to the Appeal.  Regardless of the nature of the final disposition of the Appeal, the releases and this settlement agreement remain in full force and effect and thus the IC Defendants and the Trustee relinquish their right to take any further action with respect to the Confessed Judgment Case or the Appeal following the issuance of the mandate by the Court of Special Appeals.

(f)   Full and Complete Settlement.  The Parties agree that this Agreement represents a full and complete settlement between the Parties with respect to the Asserted Claims, and that the Parties have no obligation to make any payment or to do any act other than as set forth herein.

(g)   Joint Tortfeasor Release.  The Trustee agrees that to the extent he nevertheless pursues a cause of action against anyone other than the Defendants' Released Parties for damages arising out of or relating to the facts and matters that were the subject of the Asserted Claims, and such action results in a recovery, verdict or award  (collectively, the "Verdict") against such non-released person or entity, such Verdict shall, pursuant to the provisions of the Maryland Uniform Contribution Among Joint Tortfeasors Act (the "Act"), be reduced by the greater of the total consideration paid for the releases provided under this Agreement or the statutory *pro rata*  shares of the Defendants' Released Parties.  Any such Verdict shall be reduced whether or not such Defendants' Released Parties are determined to be joint tortfeasors in such other action.  To ensure that the Defendants' Released Parties gain the benefit of the Verdict reductions

provided for in the Act, the Defendants' Released Parties shall each be considered to be joint tortfeasors, within the meaning of the Act, to the same extent and effect as if judgments had been rendered against them as joint tortfeasors in such other action(s).

        (h)    <u>Cross Releases Among and Between the Defendants</u>. The Defendants each hereby release, acquit, and forever discharge one another and each other's agents, assigns, principals, heirs, executors, administrators, personal representatives, spouses, predecessors, successors, officers, directors, stockholders, affiliates, privies and insurers, with respect to any claim or action arising from or relating to the Disputes, the Action, the Transactions, the Asserted Claims, or the acts and omissions alleged in the Complaint and any amendments thereto.

        5.    **Review and Understanding of Agreement**. The Parties represent that prior to signing this Agreement they have read it, understood its terms and conditions, were given an opportunity to consult with counsel and voluntarily signed it after conferring with their attorneys.

        6.    **No Assignments**. The Parties warrant and represent that, prior to the execution of this Agreement, they have not sold, conveyed, nor made, nor suffered to be made, any assignment or transfer of any right, claim, demand or cause of action arising from or relating to the Disputes, the Action, the Transactions, the Asserted Claims, or any act or omission alleged in the Complaint and any amendments thereto (with the exception of the transfer of the claims released herein to the Trustee as a result of the filing of the Bankruptcy Case).

        7.    **No Representations**. Each Party acknowledges that no representation of fact or opinion not stated herein has been made by any other Party, or their attorneys, to induce this Agreement with respect to the extent or nature of any injuries or damages or as to the likelihood of future damages, or recovery therefore, and each of the Parties has taken into consideration the fact that unexpected consequences may result, known and unknown.

        8.    **Cooperation/Further Assurances**. The Parties agree to cooperate fully and to assist in a reasonable manner in taking any and all additional actions that may be necessary or appropriate to give full force and effect to the terms and intent of this agreement, without further cost or expense on the part of the others.

        9.    **Payment of Fees and Costs**. The Parties to this Agreement shall pay their own costs and fees, including attorneys' fees, which were incurred in connection with the Disputes, the Transactions, the Action, the Confessed Judgment Case, the Appeal and the Bankruptcy Case.

10.    **Dismissal of Claims**.  The Parties agree to take all necessary steps to effectuate a dismissal of the Action, with prejudice, within 5 days of the Trustee's receipt in full of all of the consideration specified in this Agreement and an Order by the Bankruptcy Court approving this settlement having become final and non-appealable.  Upon receipt of the Court's opinion in the Appeal, the parties to the Appeal agree to take all necessary steps to effectuate the dismissal, with prejudice, of all claims asserted by or against any person or entity in the Confessed Judgment Case and the Appeal.

11.    **Approval by the Bankruptcy Court**.  This Agreement is contingent upon and is subject to approval by the Bankruptcy Court.  If for any reason the Bankruptcy Court does not approve this Agreement, this Agreement shall be null and void.

12.    **Acknowledgement of Authority**.  The individuals signing this Agreement on behalf of any Party warrant and represent that they have all necessary and appropriate authority and approvals to bind and execute this Agreement on behalf of all entities and in all capacities for which they sign.

13.    **Miscellaneous**.

(a)    Complete Agreement.  This writing constitutes the complete, final and entire understanding of the Parties hereto, and they shall not be bound by any terms, covenants, conditions or representations not expressly herein contained, in writing.

(b)    Modification.  This Agreement may not be modified or changed orally, but only by an agreement in writing signed by the party against whom enforcement of any such change is sought.

(c)    Choice of Law.  This Agreement shall be governed by and interpreted according to the laws of the State of Maryland.

(d)    Construction.  This Agreement shall be construed without regard to any presumption or other rule requiring construction against the party who caused it to have been drafted.

(e)    Counterparts.  This Agreement may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same agreement.

(f)    Signatures.  Facsimile and scanned signatures shall be deemed to have the full force and effect of ink signatures.


**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**Witness** our hands and seals this _4th_ day of _December_ , 2013.

**Witness:**

_Jennifer M Green_       _MB M_ (Seal)

Marc H. Baer, Chapter 7 Trustee
*In Re: Charles E. Moore; Felicia W. Moore,*
in the United States Bankruptcy Court for the District of
Maryland, Case No. 13-12841-NVA

**State of Maryland, City/County of** _CARROLL_ **To Wit:**

    **I Hereby Certify** that on this _4th_ day of _December_ , 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Marc H. Baer_ , known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

_Jennifer M Green_
Notary Public

My Commission Expires: _3/22/17_

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**Witness** our hands and seals this __4th__ day of __NOV__ , 2013.

**WITNESS:**

_Patricia Dant_ (signature)

Patricia Dant

_Robert Svehlak_ (signature)  (SEAL)

Robert Svehlak

**STATE OF MARYLAND, CITY/COUNTY OF** __ANNE ARUNDEL__ **To Wit:**

**I HEREBY CERTIFY** that on this __4th__ day of __NIVEMBER__ , 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Robert Svehlak_ known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

Daniel Johnson
NOTARY PUBLIC
Anne Arundel County
State of Maryland
My Commission Expires
_January 13, 2014_

_____
Notary Public

My Commission Expires: __JANUARY 13, 2014__

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

- 8 -

**Witness** our hands and seals this _____ day of _____November_____, 2013.

**WITNESS:**

_____          _____(SEAL)

LeNora Clampitt                                      Neil D. Roseman

**STATE OF MARYLAND, CITY/COUNTY OF** _____Howard_____ **To Wit:**

    **I HEREBY CERTIFY** that on this ___7___ day of ___November___, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared Neil Roseman_____, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: _8·21-17_

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**Witness** our hands and seals this _4th_ day of _NOVEMBER_____, 2013.

**WITNESS:**

_Kristen Roller_____          _Beverly J. Svehlak_____ (SEAL)
Kristen Roller                              Beverly J. Svehlak

**STATE OF MARYLAND, CITY/COUNTY OF** _ANNE ARUNDEL_____ **To Wit:**

    **I HEREBY CERTIFY** that on this _4TH_ day of _NOVEMBER_____, 2013, before

me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared

_BEVERLY J SVEHLAK_, known to me or satisfactorily proven to be the person whose name is subscribed to the

within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

Daniel Johnson
NOTARY PUBLIC
Anne Arundel County
State of Maryland
My Commission Expires
_January 13, 2014_

_____
Notary Public

My Commission Expires: _JANUARY 13 2014_

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**WITNESS** our hands and seals this _4TH_ day of _NOV_ _____, 2013.

**WITNESS:**

_Patricia Dant_ (signature)

Patricia Dant

_Robert Svehla_ (signature) (SEAL)

Imagine Capital, Inc.

**STATE OF MARYLAND, CITY/COUNTY OF** _ANNE ARUNDEL_ **To Wit:**

    **I HEREBY CERTIFY** that on this _4TH_ day of _NOVEMBER_ _____, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _ROBERT SVEHLAK_ known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

Daniel Johnson
NOTARY PUBLIC
Anne Arundel County
State of Maryland
My Commission Expires
JANUARY 13, 2014

_____
Notary Public

My Commission Expires: _JANUARY 13, 2014_

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**Witness** our hands and seals this ___7th___ day of ___November___, 2013.

**WITNESS:**

LeNora Clampitt

_____ (SEAL)
Leadprobe, Inc.

**STATE OF MARYLAND, CITY/COUNTY OF** ___Howard___ **To Wit:**

**I HEREBY CERTIFY** that on this ___7___ day of ___November___, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared Neil ___Roseman___, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

Daphne a. Dressler
Notary Public

My Commission Expires: ___8-21-17___

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Witness our hands and seals this _4TH_ day of _NOV_____, 2013.

**WITNESS:**

_Patricia Dart_ _____    _____ (SEAL)
_Patricia Dart_                     Boomerang Properties, LLC

STATE OF MARYLAND, CITY/COUNTY OF _ANNE ARUNDEL_ **To Wit:**

    I HEREBY CERTIFY that on this _4TH_ day of _NOVEMBER_____, 2013, before

me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared

_ROBERT SVEUUK_ known to me or satisfactorily proven to be the person whose name is subscribed to the

within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Daniel Johnson
NOTARY PUBLIC
Anne Arundel County
State of Maryland
My Commission Expires:
JANUARY 13 2014

_____
Notary Public

My Commission Expires: _JANUARY 13 2014_

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

- 13 -

**Witness** our hands and seals this _____ day of November, 2013.

**Witness:**                                        **King Title Company, Inc.**

_____         _____ (Seal)
                                               By: David Pierce, President

**State of Maryland, County of Baltimore To Wit:**

     **I Hereby Certify** that on this _____ day of November, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared David Pierce, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

     **IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

Mary L. Pursley
Notary Public
Baltimore County, Maryland

_____
Notary Public

My Commission Expires: _____

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**Witness** our hands and seals this _____ day of November, 2013.

**Witness:**

_____          _____(Seal)
                                   David Pierce

**State of Maryland, County of Baltimore To Wit:**

    **I Hereby Certify** that on this _____ day of November, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared David Pierce, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

Mary L. Pursley
Notary Public
Baltimore County, Maryland

_____
Notary Public

My Commission Expires: ___4/1/15___

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**Witness** our hands and seals this _30th_ day of _October_ , 2013.

WITNESS:

_Melissa J Bo_        _Ronald B. Katz_  (SEAL)

              Ronald B. Katz

STATE OF MARYLAND, CITY/COUNTY OF _Baltimore_ To Wit:

I HEREBY CERTIFY that on this _30th_ day of _October_ , 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Ronald B Katz_, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Melissa J Bo_

Notary Public

My Commission Expires: _12/9/2015_

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**



- 16 -

**Witness** our hands and seals this _30th_ day of _October_ , 2013.

WITNESS:

_Melissa J Poe_                    _Ronald B. Katz, Pres._ (SEAL)
                                   Ronald B. Katz, P.A.

STATE OF MARYLAND, CITY/COUNTY OF _Baltimore_ To Wit:

    I HEREBY CERTIFY that on this _30th_ day of _October_ , 2013. before me. the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Ronald B Katz_, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

                             _Melissa J Poe_
                             Notary Public

                             My Commission Expires: _12/9/2015_

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK



**Witness** our hands and seals this _____ day of _____ November _____, 2013.

**WITNESS:**

_____    _____(SEAL)
                                    James W. Holderness

**STATE OF MARYLAND, CITY/COUNTY OF** _____ BALTIMORE _____ **To Wit:**

    **I HEREBY CERTIFY** that on this _7th_ day of _November_, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _James Holderness_, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

LAURIE A. HEARY
Notary Public Maryland
Baltimore County
My Commission Expires
December 27, 2014

_____
Notary Public

My Commission Expires: ___12/27/2014___

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**WITNESS** our hands and seals this ___7th___ day of ___November___, 2013.

**WITNESS:**

_____                    _____(SEAL)
                                                     Holderness, Menchel & Alter, LLC

**STATE OF MARYLAND, CITY/COUNTY OF** ___BALTIMORE___ **To Wit:**

    **I HEREBY CERTIFY** that on this ___7th___ day of ___November___, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared ___James Holderness___, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

LAURIE A. NEARY
Notary Public Maryland
Baltimore County
My Commission Expires
December 27, 2014

_____
Notary Public

My Commission Expires: ___12-27-2014___

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Witness our hands and seals this _7th_ day of _November_, 2013.

WITNESS:

_____        _____ (SEAL)
                                          Holderness & Associates, LLC

STATE OF MARYLAND, CITY/COUNTY OF _____BALTIMORE_____ To Wit:

   I HEREBY CERTIFY that on this _7th_ day of _November_, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _JAMES HOLDERNESS_, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

   IN WITNESS WHEREOF, I hereunto set my hand and official seal.

LAURIE A. NEARY
Notary Public Maryland
Baltimore County
My Commission Expires
December 27, 2014

_____
Notary Public

My Commission Expires: _12/27/2014_

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**WITNESS** our hands and seals this _31st_ day of _October_ _____, 2013.

**WITNESS:**

_Susan M Doly_ _____     _(signature)_ _____ (SEAL)

Robert C. Brendel

**STATE OF MARYLAND, CITY/COUNTY OF** _Carroll_ _____ **To Wit:**

    **I HEREBY CERTIFY** that on this _31_ day of _October_ _____, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Robert C. Brendel_, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

```
TUSHA MARIE DOBRY
Notary Public-Maryland
Carroll County
My Commission Expires
May 16, 2015
```

_Tusha Marie Doly_ _____
Notary Public

My Commission Expires: _____

                **REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**WITNESS** our hands and seals this _31st_ day of _October_ , 2013.

**WITNESS:**

_Tusha M Dobry_ _____    _[signature]_ _____ (SEAL)

Robert C. Brendel, P.A.

**STATE OF MARYLAND, CITY/COUNTY OF** _Carroll_ _____ **To Wit:**

**I HEREBY CERTIFY** that on this _31_ day of _October_ _____ , 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Robert C. Brendel_ known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

```
┌─────────────────────────────┐
│       TUSHA MARIE DOBRY      │
│    Notary Public-Maryland    │
│         Carroll County       │
│    My Commission Expires     │
│         May 16, 2015         │
└─────────────────────────────┘
```

_Tusha Marie Dobry_ _____

Notary Public

My Commission Expires: _____

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**Witness** our hands and seals this _31st_ day of _Oct_ _____, 2013.

**WITNESS:**

_Tusha M Doby_ _____    _Cynthia Kasprowin Brooks_ (SEAL)
                                    Stonegate Title Co.

**STATE OF MARYLAND, CITY/COUNTY OF** _Carroll_ _____ **To Wit:**

    **I HEREBY CERTIFY** that on this _31_ day of _October_ _____, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Cynthia Kasprowin Brooks_ known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

```
TUSHA MARIE DOBRY
Notary Public-Maryland
Carroll County
My Commission Expires
May 16, 2015
```

_Tusha Marie Doby_ _____
Notary Public

My Commission Expires: _____

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

- 23 -

**WITNESS** our hands and seals this _31st_ day of _Oct._ _____, 2013.

**WITNESS:**

_Tusha Doby_ _____      _Cynthia K Brendel_ (SEAL)
                                          Cynthia K. Brendel

**STATE OF MARYLAND, CITY/COUNTY OF** _____Carroll_____ **To Wit:**

    **I HEREBY CERTIFY** that on this _31_ day of _October_ _____, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Cynthia K. Brendel_, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

```
TUSHA MARIE DOBRY
Notary Public-Maryland
Carroll County
My Commission Expires
May 16, 2015
```

_Tusha Marie Doby_ _____
Notary Public

My Commission Expires: _5-16-15_ _____

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

- 24 -

**Witness** our hands and seals this *6th* day of *NOVEMBER*, 2013.

WITNESS:

_____                    _Robert J Angelucci_ (SEAL)

Cardinal Financial Company Limited Partnership

STATE OF ~~MARYLAND~~ *PENNSYLVANIA*, CITY/COUNTY OF _BUCKS_ **To Wit:**

I HEREBY CERTIFY that on this *6TH* day of *NOVEMBER*, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared *ROBERT J. ANGELUCCI*, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: 

| COMMONWEALTH OF PENNSYLVANIA |
| --- |
| NOTARIAL SEAL |
| FRANCIS A. ANSEL, Notary Public |
| Lower Southampton Twp., Bucks County |
| My Commission Expires October 1, 2014 |

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

- 25 -

Witness our hands and seals this _27th_ day of _November_, 2013.

**WITNESS:**

_____          _Michael E. Walsh_ (SEAL)

Granite Finance, LLC _by Michael E. Walsh, Authorized Member_

~~STATE OF MARYLAND~~, CITY/COUNTY OF _Henrico_          To Wit:

_Commonwealth of Virginia_

I HEREBY CERTIFY that on this _27_ day of _November_, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Michael E. Walsh_, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Nicole Shemonsky_

Notary Public

My Commission Expires: _10/31/2014_

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

NICOLE DANIELLE STREMOVIHTG
COMMONWEALTH
REGISTRATION NO.
7344830
MY COMM. EXPIRES
10/31/2014
OF VIRGINIA
NOTARY PUBLIC

- 26 -

Witness our hands and seals this __27th__ day of __November__ , 2013.

**WITNESS:**

_____    _Michael E. Walsh_ (SEAL)

Granite Partners, LLC **by Michael E. Walsh, Authorized member**

~~STATE OF MARYLAND~~ Commonwealth of Virginia, CITY/COUNTY OF __Henrico__ To Wit:

I HEREBY CERTIFY that on this __27__ day of __November__ , 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared __Michael E. Walsh__, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Nicole Stremonsky_
Notary Public

My Commission Expires: __10/31/2014__

[Notary Seal: NICOLE DANIELLE STREMONSKY, COMMONWEALTH OF VIRGINIA, REGISTRATION NO. 7344830, MY COMM. EXPIRES 10/31/2014, NOTARY PUBLIC]

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Witness our hands and seals this _2nd_ day of _November_, 2013.

**WITNESS:**

_____    _Michael E. Walsh_ (SEAL)

Granite Development, LLC *by Michael E. Walsh, Authorized Member*

~~Commonwealth of Virginia~~

~~STATE OF MARYLAND~~, CITY/COUNTY OF _Henrico_ To Wit:

I HEREBY CERTIFY that on this _27_ day of _November_, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Michael E. Walsh_, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

_Nicole Sremousky_

Notary Public

My Commission Expires: _10/31/2014_

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

*(Notary Seal: NICOLE DANIELLE SREMOVIHTG, COMMONWEALTH, REGISTRATION NO. 7344830, MY COMM. EXPIRES 10/31/2014, OF VIRGINIA, NOTARY PUBLIC)*

Witness our hands and seals this _27th_ day of _November_ , 2013.

**WITNESS:**

_____     _Michael E. Walsh_ (SEAL)

Michael Walsh

_Commonwealth of Virginia_
~~STATE OF MARYLAND~~, CITY/COUNTY OF _Henrico_ To Wit:

**I HEREBY CERTIFY** that on this _27_ day of _November_ , 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Michael E. Walsh_, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

_Nicole Stremoniey_

Notary Public

My Commission Expires: _10/31/2014_

*(Notary Seal: NICOLE DANIELLE STREMONIHING, COMMONWEALTH, REGISTRATION NO. 7344830, MY COMM. EXPIRES 10/31/2014, OF VIRGINIA, NOTARY PUBLIC)*

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

- 29 -

Witness our hands and seals this _2-1_ day of _November_, 2013.

**WITNESS:**

_____          _____ (SEAL)
                                        Wells Fargo Bank, N.A.

**STATE OF MARYLAND, CITY/COUNTY OF** _Frederick_ **To Wit:**

**I HEREBY CERTIFY** that on this _21st_ day of _November_, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Lisa Dwyer_, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _01/29/2014_

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

- 30 -

**WITNESS** our hands and seals this _15_ day of _November_, 2013.

**WITNESS:**

_Jeannette Yocum_                          _____ (SEAL)
                                            Bowie & Jensen, LLC
                                            _Matthew G. Hjortsberg_

**STATE OF MARYLAND, CITY/COUNTY OF** _Baltimore_ **To Wit:**

**I HEREBY CERTIFY** that on this _15th_ day of _November_, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Matthew Hjortsberg_ known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

_Jeannette D. Yocum_
Notary Public

My Commission Expires: _6-21-2015_

- 31 -

**Witness** our hands and seals this _____ day of _____, 2013.
**Witness:**


_____ (Seal)
Kathryn M. Jewell


**State of** ~~Maryland~~ missouri ☙, **City/County of** _St. Louis_ **To Wit:**

    **I Hereby Certify** that on this _3rd_ day of _December_____, 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared _Kathryn M Jewel_ known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

    **IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

JULIA B. JENNINGS
My Commission Expires
April 10, 2014
St. Louis County
Commission #10397413

_____
Notary Public

My Commission Expires: _4-10-14_____

- 33 -

**Witness** our hands and seals this _____ day of _____, 2013.

**WITNESS:**

_____(SEAL)
E&W Realty, LLC

**STATE OF ~~MARYLAND~~** *Missouri*, **CITY/COUNTY OF** *St. Louis* **To Wit:**

**I HEREBY CERTIFY** that on this *3rd* day of *December* , 2013, before me, the undersigned, a Notary Public of the State and City/County aforesaid, personally appeared *Kathryn M Sewell* known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

JULIA B. JENNINGS
My Commission Expires
April 10, 2014
St. Louis County
Commission #10397413

Notary Public

My Commission Expires: *4-10-14*

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

4832-7495-7589, v. 2

- 34 -