

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CHARLES E. MOORE** ) | Case No.: 13:12841-NVA |
| **FELICIA W. MOORE** ) | |
| ) | (Chapter 7) |
| Debtors ) | |
| ) | |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT AND COMPROMISE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

Upon consideration of the Chapter 7 Trustee's Motion for Approval of Settlement and Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion"), and upon due and proper notice in accordance with Fed. R. Bankr. P. 2002 (a) and (h) and Local Rule 2002-1 and an opportunity for a hearing, any objections having been resolved or withdrawn, and the Court having determined that the relief requested in the Motion is fair, equitable and in the best interest of the Debtors' bankruptcy estate and its creditors; it is therefore, by the United States Bankruptcy Court for the District of Maryland, hereby

      **ORDERED**, that the capitalized terms not defined herein shall have the meanings ascribed to them in the Motion; and it is further

1

**ORDERED**, that the Motion should be, and it hereby is, GRANTED; and it is further

**ORDERED**, that the settlement as set forth in the Settlement Agreement, which was filed as Exhibit A to the Motion, should be, and hereby is, authorized and approved in all respects; and it is further,

**ORDERED**, that the Parties are authorized to take all actions and execute all documents necessary to implement the settlement approved herein; and it is further,

**ORDERED**, that this Court shall maintain jurisdiction over this matter.

cc:

Charles E. Moore
Felicia W. Moore
370 Magothy Road
Severna Park, MD 21146

Jason E. Rheinstein, Esquire
P.O. Box 1369
Severna Park, MD 21146

Craig Lawrence Holcomb, Esquire
P.O. Box 7327
Gaithersburg, MD 20898

Marc H. Baer, Esquire, Chapter 7 Trustee
455 Main Street
Reisterstown, MD 21136

Matthew G. Hjortsberg, Esquire
Jason C. Brino, Esquire
BOWIE & JENSEN, LLC
29 W. Susquehanna Avenue
6th Floor
Towson, Maryland 21204

Alvin I. Frederick, Esquire
Lauren Elizabeth Marini, Esquire
Eccleston and Wolf PC
Baltimore Washington Law Center
7240 Parkway Drive, Fourth Fl.
Hanover, Maryland 21076

Douglas J. Furlong, Esquire
Stuart A. Cherry, Esquire
Rosenberg Martin Greenberg LLP
25 S. Charles Street, Suite 2115
Baltimore, Maryland 21201

William Carrier, III, Esquire
Catherine K. Hopkin, Esquire
Tydings & Rosenberg
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202

Robert P. Scanlon, Esquire
The Adams Law Center
25 Wood Lane
Rockville, Maryland 20850

Ward B. Coe, III, Esquire
Mark S. Saudek, Esquire
Gallagher, Evelius & Jones LLP
218 North Charles Street, Suite 400
Baltimore, Maryland 21201

2

Mark W. Schweitzer, Esquire
Meredith R. Philipp, Esquire
McNamee, Hosea, Jernigan, Kim Greenan & Lynch
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770

Stephanie O. Mballa
401 W. Diamond Avenue
Gaithersburg, Maryland 20877

Office of United States Trustee
101 West Lombard Street, Suite 2650
Baltimore, Maryland 21201

Terry Goddard, Esquire
Skeen & Kauffman, LLP
911 North Charles Street, 2d Floor
Baltimore, Maryland 21201

ETS Maryland, LLC
7 Saint Paul Street
Baltimore, Maryland 21202

David Daneman, Esq.
Dennis J. Shaffer, Esq.
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
Baltimore, MD 21202